UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO: 24-cr-20295-JB

    Plaintiff,

vs.

JORGE LUIS LOPEZ-ASTUDILLO,

    Defendants.
_____/

## WAIVER OF SPEEDY TRIAL

The undersigned, Defendant, JORGE LUIS LOPEZ-ASTUDILLO, in accordance with Defendant's Unopposed Joint Motion to Continue Trial, having been informed of the right to speedy trial, hereby waives his right to a speedy trial from the date of the filing of this wavier through the end of the trial period of the trial to be rescheduled by this court.

This document was provided to me in a Spanish version and was therefore translated from English to Spanish. (Este documento fue proveído a mi traducido del Inglés al Español a través de una traducción del documento).

Date: 1/10/2025                    By: _Jorgeti2_
                                                                          JORGE LUIS LOPEZ-ASTUDILLO
                                                                          Defendant

*CERTIFICATE OF SERVICE TO FOLLOW*

1

QUINTERO BROCHE
75 Valencia Avenue · Suite 800 · Coral Gables, Florida 33134
Tel: (305) 446-0303 · Fax: (305) 446-4503

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January __14th__, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Respectfully submitted,

**QUINTERO BROCHE, P.A.**
*Attorneys for Defendant*
75 Valencia Avenue, Suite 800
Coral Gables, Florida 33134
Tel: (305)446-0303
Fax: (305)446-4503

2