UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO: 24-cr-20295-JB

      Plaintiff,

vs.

JORGE LUIS LOPEZ-ASTUDILLO,

      Defendants.
_____/

## WAIVER OF SPEEDY TRIAL

The undersigned, Defendant, JORGE LUIS LOPEZ-ASTUDILLO, in accordance with Defendant's Unopposed Joint Motion to Continue Trial, having been informed of the right to speedy trial, hereby waives his right to a speedy trial from the date of the filing of this wavier through the end of the trial period of the trial to be rescheduled by this court.

    Respectfully submitted,

**QUINTERO BROCHE, P.A.**
*Attorneys for Defendant*
75 Valencia Avenue, Suite 800
Coral Gables, Florida 33134
Tel: (305)446-0303
Fax: (305)446-4503

By: */s/     Frank Quintero, Jr.*
    FRANK QUINTERO, Jr.
    FLORIDA BAR NO.: 399167

*CERTIFICATE OF SERVICE TO FOLLOW*

1



75 Valencia Avenue · Suite 800 · Coral Gables, Florida 33134
Tel: (305) 446-0303 · Fax: (305) 446-4503

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                Respectfully submitted,

                **QUINTERO BROCHE, P.A.**
                *Attorneys for Defendant*
                75 Valencia Avenue, Suite 800
                Coral Gables, Florida 33134
                Tel: (305)446-0300/Fax: (305)446-4503

                By: */s/   Frank Quintero, Jr.*
                      FRANK QUINTERO, Jr.
                      FLORIDA BAR NO.: 399167