UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JORGE LUIS LOPEZ-ASTUDILLO,

        Defendants.

_____/

CASE NO: 24-cr-20295-JB

## WAIVER OF SPEEDY TRIAL

The undersigned, Defendant, JORGE LUIS LOPEZ-ASTUDILLO, in accordance with Defendant's Unopposed Joint Motion to Continue Trial, having been informed of the right to speedy trial, hereby waives his right to a speedy trial from the date of the filing of this wavier through the end of the trial period to be rescheduled by the Court.

This document was provided to me in a Spanish version and was therefore translated from English to Spanish. (Este documento fue proveído a mi traducido del Inglés al Español a través de una traducción del documento).

Date: 5/22/2025

By: *Jorge Luis* (signature)
JORGE LUIS LOPEZ-ASTUDILLO
Defendant

CERTIFICATE OF SERVICE TO FOLLOW

1



QUINTERO BROCHE
75 Valencia Avenue · Suite 800 · Coral Gables, Florida 33134
Tel: (305) 446-0303 · Fax: (305) 446-4503

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

>Respectfully submitted,
>
>**QUINTERO BROCHE, P.A.**
>*Attorneys for Defendant*
>75 Valencia Avenue, Suite 800
>Coral Gables, Florida 33134
>Tel: (305)446-0300/Fax: (305)446-4503
>
>By: */s/   Frank Quintero, Jr.*
>    FRANK QUINTERO, Jr.
>    FLORIDA BAR NO.: 399167